**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| NATIONAL ASSOCIATION OF AFRICAN AMERICAN-OWNED MEDIA, a California limited liability company; ENTERTAINMENT STUDIOS NETWORKS, INC., a California corporation, *Plaintiffs-Appellants*, v. COMCAST CORPORATION, a Pennsylvania corporation, *Defendant-Appellee*. | No. 16-56479 D.C. No. 2:15-cv-01239-TJH-MAN ORDER |

Filed February 4, 2019

Before:  MARY M. SCHROEDER, MILAN D. SMITH, JR., and JACQUELINE H. NGUYEN, Circuit Judges.

**ORDER**

The panel unanimously votes to deny the petition for panel rehearing. Judge M. Smith and Judge Nguyen vote to deny the petition for rehearing en banc, and Judge Schroeder so recommends. The full court has been advised of the petition for rehearing en banc, and no judge of the court has requested a vote on it. Fed. R. App. P. 35. The petition for panel rehearing and the petition for rehearing en banc are DENIED.